**FRANKFURT KURNIT KLEIN & SELZ** PC

> USDS SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 9/7/10

488 Madison Avenue
New York, New York 10022
Telephone: (212) 980-0120
Facsimile: (347) 438-2110

September 7, 2010

Brian E. Maas
Direct dial: (212) 705-4836
e-mail: bmaas@fkks.com

<u>Via Facsimile No.: (212) 805-7901</u>

Hon. Harold Baer, Jr.
United States District Judge
Southern District of New York
500 Pearl Street, Rm. 2230
New York, New York 10007-1312

Re: *The Export-Import Bank of the Republic of China v. Grenada*, 06 Civ. 2469 (HB) (AJP)

Dear Judge Baer:

We represent the Country of Grenada ("Grenada") and submit this letter to request an adjournment of the return date of the pending motion by The Export-Import Bank of the Republic of China ("Ex-Im Bank") for contempt and the imposition of sanctions on Grenada from September 16 to September 30. We contacted our client promptly upon receiving the motion, but the travel schedule of the Grenadian Finance Minister, Nazim Burke, who needs to be involved in the preparation of Grenada's response, along with the time constraints created by the Labor Day and Jewish holidays, make it impossible for us to prepare opposition papers in time to meet the current September 9 deadline for filing opposition papers to the motion.

I have consulted with Paul Summit, counsel to Ex-Im Bank, and he has advised that Ex-Im Bank has no objection to this request for an adjournment.

Very truly yours,

Brian E. Maas

*[Handwritten: Sept 30 is OK but I find it hard to believe its necessary after this much time]*

*[Handwritten: SO ORDERED: Harold Baer Jr. U.S.D.J. Date: 9/7/10]*

BEM:mew
cc: Paul E. Summit, Esq. (via email psummit@sandw.com)
Emily A. Samuels, Esq. (via email esamuels@sandw.com)

FKKS: 406416.v1

18952.200

Endorsement:

    September 30 is OK but I find it hard to believe it's necessary after this much time.