

Sullivan & Worcester LLP
One Post Office Square
Boston, MA 02109

T 617 338 2800
F 617 338 2880
www.sandw.com

March 15, 2011

**BY HAND**

Hon. Harold Baer, Jr.
United States District Judge
United States Courthouse
500 Pearl St., Room 2230
New York, NY 10007

Re:   The Export-Import Bank of the Republic of China v. Grenada
      Docket Number: 06 CV 2469 (HB) (AJP)

Dear Judge Baer:

    We represent the Export-Import Bank of the Republic of China in the above-captioned action.

    Grenada has filed its Opposition to the Bank's Motion to Implement Sanctions.  By agreement with Grenada, our Reply will be filed on Monday, March 21st, 2011.

    We hope this is acceptable to the Court.

Respectfully submitted,

Paul E. Summit
For Export-Import Bank of the Republic of China
Direct line:  617-338-2488
psummit@sandw.com