

# SULLIVAN & WORCESTER

Sullivan & Worcester LLP
1290 Avenue of the Americas
New York, NY 10104

T 212 660 3000
F 212 660 3001
www.sandw.com

Direct line: 212-660-3023
asolomon@sandw.com



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/29/11

March 25, 2011

**BY FAX**

Hon. Harold Baer, Jr.
United States District Judge
United States Courthouse
500 Pearl St., Room 2230
New York, NY 10007

Re:   The Export-Import Bank of the Republic of China v. Grenada
      <u>Docket Number: 06 CV 2469 (HB) (AJP)</u>

Dear Judge Baer:

We represent the Export-Import Bank of the Republic of China, plaintiff and judgment creditor in the above-referenced action. We write with the consent of counsel for Grenada.

The parties have reached a settlement in principle of Ex-Im Bank's motion to implement the Court's December 29, 2010 sanctions award. We hope to provide the Court with details of the settlement next week.

While the details of settlement are being worked out, Ex-Im Bank respectfully requests (with defendant's consent) a two-week extension—until April 8, 2011—of our time to file a reply memorandum in further support of the motion.

Respectfully submitted,

*Andrew Solomon*
Andrew T. Solomon

cc:   Brian E. Maas, Esq.

*[Handwritten note from Judge:]* You may have until April 8 for either a reply or stipulation of Discontinued one or the other. 3/25/11

SO ORDERED: *Harold Baer*
Harold Baer, Jr., U.S.D.J.
Date: 3/29/11

BOSTON   NEW YORK   WASHINGTON, DC

Endorsement:

    You may have until April 8 for either reply or Stipulation of Discontinuance, one or the other by April 8, 2011.