UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Export-Import Bank of Rep. of China

Plaintiff,

-v-

Grenada

Defendant.

------------------------------------------------------------X

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/3/11

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

06 Civ. 2469 (HB) (AJP)

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

✓ Specific Non-Dispositive Motion/Dispute:*
Post-Judgment discovery

___ If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

___ Settlement*

___ Inquest After Default/Damages Hearing

___ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)
Purpose: _____

___ Habeas Corpus

___ Social Security

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)
Particular Motion: _____

___ All such motions: _____

**Matter is to be resolved in concert with the Pretrial Scheduling Order attached.**

* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED:   New York, New York
         Aug. 3, 2011

[signature]

United States District Judge