```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 8/4/11
```

------------------------------------- x

| | | |
|---|---|---|
| THE EXPORT-IMPORT BANK OF THE REPUBLIC OF CHINA, | : | 06 Civ. 2469 (HB) (AJP) |
| Plaintiff, | : | **ORDER SCHEDULING** |
| -against- | : | **DISCOVERY CONFERENCE** |
| GRENADA, | : | |
| Defendant. | : | |

------------------------------------- x

**ANDREW J. PECK, United States Magistrate Judge:**

IT IS HEREBY ORDERED that a conference is scheduled for August 10, 2011 at 10:00 a.m. before the undersigned in Courtroom 20D (500 Pearl Street).

Counsel are advised that my chambers (Room 1370, 500 Pearl Street) are to be provided with a courtesy copy of all papers hereafter filed with the Court. The parties are to follow the "Individual Practices of Magistrate Judge Andrew J. Peck," a copy of which is attached.

SO ORDERED.

Dated:  New York, New York
        August 4, 2011

_____
Andrew J. Peck
United States Magistrate Judge

Copies **by Fax & ECF** to:   Andrew Todd Solomon, Esq.
                              Paul E. Summit, Esq.
                              Brian E. Maas, Esq.
                              Judge Harold Baer, Jr.

C:\ORD\Order Scheduling Status Conference