```
                                              USDC SDNY
                                              DOCUMENT
                                              ELECTRONICALLY FILED
                                              DOC# _____
UNITED STATES DISTRICT COURT                  DATE FILED: 1/25/12
SOUTHERN DISTRICT OF NEW YORK
```

-------------------------------------------------

THE EXPORT-IMPORT BANK OF THE          )
REPUBLIC OF CHINA,                     )
                                       )    06 Civ. 2469 (HB) (AJP)
    Plaintiff                      )
                                       )
v.                                     )
                                       )
GRENADA,                               )
                                       )
    Defendant.                     )

-------------------------------------------------

## [PROPOSED] JOINT STIPULATION REGARDING BRIEFING SCHEDULE

WHEREAS, on November 18, 2011, Plaintiff and Judgment Creditor, The Export-Import Bank of the Republic of China ("Ex-Im Bank") and Defendant and Judgment Debtor, Grenada, by their counsel, filed with this Court a Joint Proposed Order for Deposit of Funds Into Court (the "Joint Proposed Order"), pursuant to a stipulation entered into by the parties on August 30, 2011 (the "Stipulation").

WHEREAS, the Joint Proposed Order directed Grenada to deposit $300,486.69 (the "Funds") with the Clerk of the Court pending adjudication by this Court of the parties' rights to the Funds.

WHEREAS, on December 8, 2011, pursuant to an Order of the Court dated November 22, 2011 (Docket Entry #65), Grenada deposited the Funds into the Court.

WHEREAS, the parties agreed in the Stipulation that their respective claims to the Funds would be adjudicated in the above-captioned proceeding and have agreed, through their counsel, to a briefing schedule for that purpose.

IT IS HEREBY STIPULATED AND ORDERED THAT:

1. Grenada shall file a motion asserting its rights to the Funds on or before February 6, 2012.

2. Ex-Im Bank shall file its opposition to Grenada's motion, and any cross-motion, on or before February 27, 2012.

3. Grenada shall file its reply brief, and an opposition to any cross-motion by Ex-Im Bank, on or before March 19, 2012.

4. Ex-Im Bank shall file its reply brief on or before March 26, 2012.

Respectfully submitted:

*[signature]*
SULLIVAN & WORCESTER LLP
Paul E. Summit (PS 6263)
Andrew T. Solomon (AS 9200)
1290 Avenue of the Americas, 29th Floor
New York, New York 10104
(212) 660-3000

*Attorneys for Plaintiff-Judgment Creditor The Export-Import Bank of the Republic of China*

*[signature]*
FRANKFURT KURNIT KLEIN & SELZ, P.C.
Brian E. Maas (BEM 4501)
488 Madison Avenue
New York, New York 10022

*Attorneys for Defendant-Judgment Debtor Grenada*

Dated: January 23, 2012

SO ORDERED.

*[signature]* 1/25/12
U.S.D.J.
HON. ANDREW J. PECK
United States Magistrate Judge
Southern District of New York

BY ECF