UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
                                                      :
                                                      :
THE EXPORT-IMPORT BANK OF THE         : ECF CASE
REPUBLIC OF CHINA,                            :
                                                      : 06 Civ. 2469 (HB) (AJP)
             Plaintiff/Judgment Creditor,      :
                                                      : **NOTICE OF MOTION**
      -against-                                    :
                                                      :
GRENADA,                                        :
                                                      :
             Defendant/Judgment Debtor.    :
                                                      :
                                                      :
------------------------------------------------------X

      PLEASE TAKE NOTICE that, upon the annexed Declaration of Rohan Phillip, Attorney General of Grenada in Support of Defendant/Judgment Debtor's Motion, dated February 6, 2012, and the exhibits attached thereto and the accompanying Memorandum of Law, Defendant will move this Court on March 27, 2012, or as soon thereafter as counsel can be heard, before the Honorable Harold Baer, Jr., United States District Judge, Southern District of New York, at the Moynihan United States Courthouse, 500 Pearl Street, New York, New York, Room 23B, for an order (1) declaring certain funds deposited into Court ("Funds") by Defendant/Judgment Debtor, Grenada on December 8, 2011, pursuant to the Court's Order dated November 22, 2011, to be immune from attachment by Plaintiff/Judgment Creditor, The Export-Import Bank of the Republic of China under the Foreign Sovereign Immunities Act of 1976; or, in the alternative, (2) fixing a charging lien on the Funds pursuant to New York Judiciary Law § 475 in favor of, and directing money judgment for, Freshfields Bruckhaus Deringer US LLP in the amount of $281,797.77; and for such other and further relief deemed just and proper by this Court.

Dated: New York, New York
February 6, 2012

Respectfully submitted,

FRANKFURT KURNIT KLEIN & SELZ, P.C.

By: _____
Brian E. Maas
Khianna N. Bartholomew

488 Madison Avenue
New York, New York 10022
Tel.: (212) 980-0120
Fax: (212) 593-9175
bmaas@fkks.com
kbartholomew@fkks.com

*Attorneys for Defendant/Judgment Debtor Grenada*

TO:   Paul E. Summit, Esq.
Andrew T. Solomon, Esq.
Emily A. Samuels, Esq.
SULLIVAN & WORCESTER LLP
1290 Avenue of the Americas
New York, New York 10104
*Attorneys for Plaintiff The Export-Import Bank of the Republic of China*