IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PATRICIA KREBS-HEMDEV, <br><br> Plaintiff, <br><br> vs. <br><br> ROSE M. KREBS; ALLISON G. KREBS-BENSCH; and the ESTATE OF PETER J. KREBS, deceased, <br><br> Defendants, <br><br> and <br><br> U.S. PHARMACEUTICAL CORPORATION, <br><br> Nominal Defendant. | Case No.: 11-CIV-8863 (JPO) <br><br> **MOTION FOR ADMISSION** <br> ***PRO HAC VICE*** |

Pursuant to Rule 1.3 of the Local Rules of the United States District Court for the Southern and Eastern District of New York, I, ROBERT E. BUCKLEY, hereby move this Court for an Order for admission to practice *pro hac vice* to appear as counsel for Defendants, Rose M. Krebs, Allison G. Krebs-Bensch, and the Estate of Peter J. Krebs, deceased, and the Nominal Defendant, U.S. Pharmaceutical Corporation, in the above-captioned action.

I am a member in good standing of the bar of the State of Georgia. There are no pending disciplinary proceedings against me in any state or federal court.

DATED: February 10, 2012.

Respectfully submitted,

_____
Robert E. Buckley

Kilpatrick Townsend & Stockton LLP
1100 Peachtree Street, NE, Suite 2800
Atlanta, Georgia 30309
Telephone: 404 815-6500
Facsimile: 404 815-6555
Email: robuckley@kilpatricktownsend.com

US2008 3222768.1



# STATE BAR OF GEORGIA

*Lawyers Serving the Public and the Justice System*

Mr. Robert Edward Buckley
Kilpatrick Townsend & Stockton LLP
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309

| | |
|---|---|
| **CURRENT STATUS:** | Active Member-Good Standing |
| **DATE OF ADMISSION:** | 06/27/2008 |
| **BAR NUMBER:** | 140280 |
| **TODAY'S DATE:** | 02/08/2012 |

Listed below are the public disciplinary actions, if any, which have been taken against this member:

| State Disciplinary Board Docket # | Supreme Court Docket # | Disposition | Date |
|---|---|---|---|
| N/A | N/A | N/A | N/A |

The prerequisites for practicing law in the State of Georgia are as follows:

- Certified by the Office of Bar Admissions, either by Exam, or on Motion (Reciprocity).
- Sworn in to the Superior Court in Georgia, highest court required to practice law in Georgia.
- Enrolled with the State Bar of Georgia, arm of the Supreme Court of Georgia.

Attorneys licensed in Georgia and whose membership is current are eligible to practice law in Superior Court. Attorneys may, upon application, apply for admission to the Supreme, District and State Court of Appeals.

Under the privacy/confidentiality provision of the Bar Rule 4-221(d), any complaint against a member resolved prior to the filing and docketing of a disciplinary case in the Supreme Court is not a matter of public record, and may not be revealed without a waiver from the member. It is the policy of the State Bar of Georgia to answer any inquiry about a member by disclosing only those complaints that have been docketed in the Supreme Court. With respect to matters that are currently pending as active, undocketed cases, when an inquiry is received, the State Bar of Georgia shall not disclose the existence of those complaints. Such non-disclosure should not be construed to confirm the existence of confidential complaints since the vast majority of members in good standing are not the subjects of such confidential complaints.

This member is currently in **"good standing"** as termed and defined by **State Bar Rule 1-204**. The member is current in license fees and is not suspended or disbarred as of the date of this letter.

**STATE BAR OF GEORGIA**

*Brinda Lovvorn*

Official Representative of the State Bar of Georgia

**HEADQUARTERS**
104 Marietta Street, Suite 100
Atlanta, Georgia 30303
(404) 527-8700 ■ (800) 334-6865
FAX (404) 527-8717
www.gabar.org

**SOUTH GEORGIA**
244 E. Second Street (Zip 31794)
P.O. Box 1390
Tifton, Georgia 31793-1390
(229) 387-0446 ■ (800) 330-0446
FAX (229) 382-7435

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PATRICIA KREBS-HEMDEV,<br><br>    Plaintiff,<br><br>    vs.<br><br>ROSE M. KREBS; ALLISON G. KREBS-BENSCH; and the ESTATE OF PETER J. KREBS, deceased,<br><br>    Defendants,<br><br>    and<br><br>U.S. PHARMACEUTICAL CORPORATION,<br><br>    Nominal Defendant. | Case No.: 11-CIV-8863 (JPO)<br><br>**ORDER FOR ADMISSION**<br>***PRO HAC VICE*** |

The motion of Robert E. Buckley for admission to practice *pro hac vice* in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the State of Georgia and that his contact information is as follows:

|  |  |
|---|---|
| Applicant's Name: | Robert E. Buckley |
| Firm Name: | Kilpatrick Townsend & Stockton LLP |
| Address: | 1100 Peachtree Street, NE, Suite 2800 |
| City/State/Zip: | Atlanta, Georgia 30309 |
| Telephone: | (404) 815-6500 |
| Facsimile: | (404) 815-6555 |
| Email Address: | robuckley@kilpatricktownsend.com |

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Defendants, Rose M. Krebs, Allison G. Krebs-Bensch, and the Estate of Peter J. Krebs, deceased, and the Nominal Defendant, U.S. Pharmaceutical Corporation, in the above-captioned action;

US2008 3222768.1

-2-

IT IS HEREBY ORDERED that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password.

DATED: _____, 2012.

_____
J. Paul Oetken
United States District Court Judge

US2008 3222768.1

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that a true and correct copy of the foregoing MOTION FOR ADMISSION *PRO HAC VICE* was served by electronic mail and by depositing a copy of same in the U.S. Mail, with sufficient postage thereon to insure delivery, and properly addressed as follows:

> Leonard D. Steinman, Esq.
> Anthony A. Mingione, Esq.
> BLANK ROME LLP
> The Chrysler Building
> 405 Lexington Avenue
> New York. NY 10174-0208
> LSteinman@blankrome.com
> AMingione@blankrome.com
>
> Grant S. Palmer, Esq.
> Daniel E. Rhynhart, Esq.
> Daniel S. Morris, Esq.
> BLANK ROME LLP
> One Logan Square
> Philadelphia, PA 19103-6998
> Palmer@blankrome.com
> Rhynhart@blankrome.com
> Morris-D@blankrome.com

Dated: February 13, 2012

Jonathan E. Polonsky
KILPATRICK TOWNSEND & STOCKTON LLP
31 West 52nd Street
14th Floor
New York, New York 10019
(212) 775-8700
Fax: (212) 775-8800
jpolonsky@kilpatricktownsend.com

US2008 3222768.1