UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
THE EXPORT-IMPORT BANK OF THE :
REPUBLIC OF CHINA, :
: 06 Civ. 2469 (HB) (AJP)
Plaintiff/Judgment Creditor, :
: **NOTICE OF MOTION**
-against- :
: **ORAL ARGUMENT REQUESTED**
GRENADA, :
:
Defendant/Judgment Debtor. :
------------------------------------------------------------X

     PLEASE TAKE NOTICE that upon the annexed Memorandum of Law in Support of Joint Motion to Vacate Restraining Notices, the supporting affidavits thereto and their attached exhibits, and upon all the prior pleadings and proceedings had herein, the Government of Grenada and Interested Third Parties the Grenada Airports Authority, Aviation Services of Grenada Ltd., the Grenada Ports Authority, the National Water and Sewage Authority of Grenada, and the Grenada Solid Waste Management Authority (each a "Statutory Corporation" and together, the "Statutory Corporations") will move this Court located at 500 Pearl Street, New York, New York, at a date and time to be determined by the Court, for an Order pursuant to Fed. R. Civ. P. 69 and N.Y.C.P.L.R. § 5240 vacating certain restraining notices issued pursuant to N.Y.C.P.L.R. § 5222(b) by the judgment creditor herein, and granting such other and further relief as the Court may deem proper.

     PLEASE TAKE FURTHER NOTICE THAT pursuant to Local Rule 6.1(b), answering papers, if any, must be served upon the undersigned no later than fourteen days following service of these papers.

Dated:  March 20, 2012

| FRANKFURT KURNIT KLEIN & SELZ, P.C. | THE LAW OFFICE OF STEVEN D. GREENBLATT |
|---|---|
| By:   /s/Brian E. Maas<br>    Brian E. Maas<br>    Khianna N. Bartholomew<br>488 Madison Avenue<br>New York, New York 10022<br>Tel.:  (212) 980-0120<br>Fax:  (212) 593-9175<br>bmaas@fkks.com<br>kbartholomew@fkks.com<br><br>*Attorneys for Defendant/Judgment Debtor Grenada* | By:   /s/Steven D. Greenblatt<br>    Steven D. Greenblatt<br>480 Broadway, Suite 328<br>Saratoga Springs, New York  12866<br>Tel.:  (518) 824-1254<br>Fax:  (518) 824-5704<br>sgreenblatt@sdgesq.com<br><br>*Attorney for Interested Third Parties Grenada Airports Authority, Aviation Services of Grenada Ltd., Grenada Ports Authority, National Water and Sewage Authority of Grenada, and Grenada Solid Waste Management Authority* |