UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE EXPORT-IMPORT BANK OF THE
REPUBLIC OF CHINA,

      Judgment Creditor,

    06-CV-2469 (HB) (AJP)

   -against-

GRENADA,

      Judgment Debtor.

## NOTICE OF APPEARANCE

To: The clerk of the court and all parties of record

 I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for the Grenada Airports Authority, Aviation Services of Grenada Ltd., the Grenada Ports Authority, the National Water and Sewage Authority of Grenada, and the Grenada Solid Waste Management Authority (together, the "Statutory Corporations").

Dated: New York, New York
   March 20, 2012

            /s/Steven D. Greenblatt
            Steven D. Greenblatt
            THE LAW OFFICE OF STEVEN D. GREENBLATT
            480 Broadway, Suite 328
            Saratoga Springs, New York 12866
            Tel. (518) 824-1254
            Fax. (518) 824-5704

            Attorney for the Statutory Corporations