```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/30/12
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------

THE EXPORT-IMPORT BANK OF THE )
REPUBLIC OF CHINA, )
 )
      Plaintiff )
 )
v. )
 )
GRENADA, )
 )
      Defendant. )

06 Civ. 2469 (HB) (AJP)

-------------------------------------------------------

## JOINT STIPULATION AMENDING BRIEFING SCHEDULE

WHEREAS, on January 24, 2012, Plaintiff and Judgment Creditor, The Export-Import Bank of the Republic of China ("Ex-Im Bank") and Defendant and Judgment Debtor, Grenada, by their counsel, submitted to this Court a Joint Stipulation Regarding Briefing Schedule ("Joint Stipulation"), which set forth the parties' agreed upon deadlines for filing motion papers asserting their respective rights to certain funds that have been deposited with the Clerk of Court.[1]

WHEREAS, the parties have filed all of the papers contemplated by the Joint Stipulation in accordance with the deadlines set forth therein, with the exception Ex-Im Bank's reply brief, for which the Joint Stipulation set a deadline of March 26, 2012.

WHEREAS, the parties have agreed to amend the Joint Stipulation to extend the deadline for Ex-Im Bank's reply brief to March 28, 2012.

---

[1] A copy of the Joint Stipulation Regarding Briefing Schedule is attached hereto as Exhibit A.

IT IS HEREBY STIPULATED AND ORDERED THAT:

1. The Joint Stipulation shall be amended to extend the deadline for Ex-Im Bank to file its reply brief.

2. Pursuant to this Amended Stipulation, Ex-Im Bank shall file its reply brief on or before March 28, 2012.

Respectfully submitted:

_____
SULLIVAN & WORCESTER LLP
Paul E. Summit (PS 6263)
Andrew T. Solomon (AS 9200)
1290 Avenue of the Americas, 29th Floor
New York, New York 10104
(212) 660-3000

*Attorneys for Plaintiff-Judgment Creditor The Export-Import Bank of the Republic of China*

_____
FRANKFURT KURNIT KLEIN & SELZ, P.C.
Brian E. Maas (BEM 4501)
488 Madison Avenue
New York, New York 10022

*Attorneys for Defendant-Judgment Debtor Grenada*

Dated: March 26, 2012

SO ORDERED.

_____
U.S.D.J.   3/30/12

2

# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------

THE EXPORT-IMPORT BANK OF THE )
REPUBLIC OF CHINA, )
) 06 Civ. 2469 (HB) (AJP)
Plaintiff )
)
v. )
)
GRENADA, )
)
Defendant. )

------------------------------------------------------

### JOINT STIPULATION REGARDING BRIEFING SCHEDULE

WHEREAS, on November 18, 2011, Plaintiff and Judgment Creditor, The Export-Import Bank of the Republic of China ("Ex-Im Bank") and Defendant and Judgment Debtor, Grenada, by their counsel, filed with this Court a Joint Proposed Order for Deposit of Funds Into Court (the "Joint Proposed Order"), pursuant to a stipulation entered into by the parties on August 30, 2011 (the "Stipulation").

WHEREAS, the Joint Proposed Order directed Grenada to deposit $300,486.69 (the "Funds") with the Clerk of the Court pending adjudication by this Court of the parties' rights to the Funds.

WHEREAS, on December 8, 2011, pursuant to an Order of the Court dated November 22, 2011 (Docket Entry #65), Grenada deposited the Funds into the Court.

WHEREAS, the parties agreed in the Stipulation that their respective claims to the Funds would be adjudicated in the above-captioned proceeding and have agreed, through their counsel, to a briefing schedule for that purpose.

IT IS HEREBY STIPULATED AND ORDERED THAT:

1. Grenada shall file a motion asserting its rights to the Funds on or before February 6, 2012.

2. Ex-Im Bank shall file its opposition to Grenada's motion, and any cross-motion, on or before February 27, 2012.

3. Grenada shall file its reply brief, and an opposition to any cross-motion by Ex-Im Bank, on or before March 19, 2012.

4. Ex-Im Bank shall file its reply brief on or before March 26, 2012.

Respectfully submitted:

_Andrew Solomon_
SULLIVAN & WORCESTER LLP
Paul E. Summit (PS 6263)
Andrew T. Solomon (AS 9200)
1290 Avenue of the Americas, 29th Floor
New York, New York 10104
(212) 660-3000

*Attorneys for Plaintiff-Judgment Creditor The Export-Import Bank of the Republic of China*

_[signature]_
FRANKFURT KURNIT KLEIN & SELZ, P.C.
Brian E. Maas (BEM 4501)
488 Madison Avenue
New York, New York 10022

*Attorneys for Defendant-Judgment Debtor Grenada*

Dated: January __, 2012

SO ORDERED.

_[signature]_ 1/30/12
U.S.D.J.
HON. ANDREW J. PECK
United States Magistrate Judge
Southern District of New York

BY ECF