UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
THE EXPORT-IMPORT BANK OF THE
REPUBLIC OF CHINA,

                Plaintiff/Judgment Creditor,      Case No. 06 Civ. 2469 (HB)(AJP)

    -against-

**NOTICE OF APPEARANCE**

GRENADA,

                Defendant/Judgment Debtor.
------------------------------------------------------------X

       PLEASE TAKE NOTICE that Khianna Bartholomew, of Frankfurt Kurnit Klein & Selz, P.C., hereby appears for defendant Grenada in the above-captioned proceeding.

Dated: New York, New York
       May 2, 2012

                              FRANKFURT KURNIT KLEIN & SELZ, P.C.

                              By: _____
                              Khianna Bartholomew
                              488 Madison Ave., 10th Floor
                              New York, New York 10022
                              (212) 980-0120

                              *Attorneys for Defendant Grenada*