UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
THE EXPORT-IMPORT BANK OF                :
THE REPUBLIC OF CHINA,                         :
                                                                        :
           Plaintiff-Judgment Creditor   :
                                                                        :       06 CV 2469 (HB) (AJP)
    -against-                                       :
                                                                        :
GRENADA,                                                  :
                                                                        :
           Defendant-Judgment Debtor   :
------------------------------------------------------------X

## NOTICE OF CHANGE OF ADDRESS

TO: ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES:

      I have cases pending in this jurisdiction.

      Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information changes for: **Andrew T. Solomon**.

      My SDNY Bar Number is AS9200.  My State Bar Number is 2758597.

      I am an attorney admitted to practice in the Southern District of New York.

OLD ADDRESS:    Sullivan & Worcester LLP
                            1290 Avenue of the Americas, 29th Floor,
                            New York, NY 10104
                            Firm Telephone Number:  (212) 660-3000
                            Firm Fax Number:  (212) 660-3001

NEW ADDRESS:    Sullivan & Worcester LLP
                            1633 Broadway, 32nd Floor
                            New York, NY 10019
                            Firm Telephone Number:  (212) 660-3000
                            Firm Fax Number:  (212) 660-3001

      I will continue to be counsel of record on behalf of plaintiff The Export Import Bank of the Republic of China in the above-entitled case.

Dated: New York, New York
      June 7, 2012                                  By: /s/ _____
                                                                   Andrew T. Solomon

TO:
Stephen D. Greenblatt, Esq.
The Law Office of Stephen D. Greenblatt
480 Broadway, Suite 328
Saratoga Springs, NY  12866

*Attorneys for Interested Third Parties Grenada Airports Authority,
Aviation Services of Grenada Ltd., Grenada Ports Authority,
National Water and Sewage Authority of Grenada, and
Grenada Solid Waste Management Authority*

Brian E. Maas, Esq.
Frankfurt Kurnit Kelin & Selz PC
488 Madison Avenue
New York, New York 10022

*Attorneys for Defendant/Judgment Debtor Grenada*