UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
THE EXPORT-IMPORT BANK OF :
THE REPUBLIC OF CHINA, :
: **06 CV 2469 (HB) (AJP)**
Plaintiff/Judgment Creditor, :
:
-against- : <u>**NOTICE OF APPEAL**</u>
:
GRENADA, :
:
Defendant/Judgment Debtor. :
-------------------------------------------------------------X

      Notice is hereby given that Plaintiff and Judgment Creditor The Export-Import Bank of the Republic of China ("Ex-Im Bank") appeals to the United States Court of Appeals for the Second Circuit from this Court's Opinion and Order, dated and entered June 22, 2012 (Docket #100), <u>granting</u>:

    A. Defendant/Judgment Debtor Grenada's Motion for Order (1) Declaring Funds Immune from Attachment or (2) Fixing Charging Lien and Directing Money Judgment for Legal Services Rendered by Freshfields Bruckhaus Deringer (Docket #68); and

    B. Joint Motion to Vacate Restraining Notices, filed by Grenada and interested third parties the Grenada Airports Authority, Grenada Ports Authority, National Water and Sewage Authority of Grenada, Grenada Solid Waste Management Authority, and Aviation Services of Grenada Ltd. (Docket #77);

and <u>denying</u>:

    A. Ex-Im Bank's Cross-Motion for Turnover of Funds to Plaintiff/Judgment Creditor (Docket #72); and

B.  Cross-Motion for Discovery and Turnover of Restrained Funds (Docket #85).

Dated: New York, New York					SULLIVAN & WORCESTER LLP
      June 27, 2012


By: /s/ Paul E. Summit
    Paul E. Summit
    Andrew T. Solomon
    Courtney Evanchuk
1633 Broadway, 32nd Floor
New York, New York 10019
Tel: (212) 660-3000

*Attorneys for Plaintiff-Judgment Creditor*


TO:

Steven D. Greenblatt, Esq.
The Law Office of Steven D. Greenblatt
480 Broadway, Suite 328
Saratoga Springs, NY 12866

*Attorney for Grenada Airports Authority, Grenada Ports Authority, Grenada National Water and Sewage Authority, Grenada Solid Waste Management Authority, and Aviation Services of Grenada Limited*

Brian E. Maas, Esq.
Frankfurt Kurnit Klein & Selz PC
488 Madison Avenue
New York, New York 10022

*Attorneys for Defendant/Judgment Debtor Grenada*