Paul E. Summit
Andrew T. Solomon
Courtney Evanchuk
SULLIVAN & WORCESTER LLP
1633 Broadway
New York, NY 10019
(212) 660-3000

*Attorneys for Plaintiff/Judgment Creditor*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
THE EXPORT-IMPORT BANK OF
THE REPUBLIC OF CHINA,

    Plaintiff/Judgment Creditor,   06 CV 2469 (HB) (AJP)

  -against-

GRENADA,

    Defendant/Judgment Debtor.
------------------------------------------------------------X

### DECLARATION OF PAUL E. SUMMIT
### IN SUPPORT OF MOTION TO STAY VACATUR OF
### RESTRAINING NOTICES AND DISBURSEMENT OF FUNDS PENDING APPEAL

PAUL E. SUMMIT, pursuant to 28 U.S.C. § 1746, declares:

1. I am a partner with the law firm of Sullivan & Worcester LLP, attorneys for plaintiff, The Export-Import Bank of the Republic of China ("Ex-Im Bank"). I submit this Declaration in support of Ex-Im Bank's Motion to Stay Vacatur of Restraining Notices and Disbursement of Funds Pending Appeal.

2. Attached hereto as Exhibit 1 is a true and accurate copy of an e-mail exchange dated January 9, 2012, between Courtney Evanchuk, an associate with my office, and Elliot Friedman, an attorney from the law firm of Freshfields Bruckhaus Deringer LLP.

-2-

Signed under the pains and penalties of perjury this 6th day of August 2012.

/s/ Paul E. Summit
Paul E. Summit

# EXHIBIT 1

# Evanchuk, Courtney

| | |
|---|---|
| **From:** | elliot.friedman@freshfields.com |
| **Sent:** | Monday, January 09, 2012 4:43 PM |
| **To:** | Evanchuk, Courtney |
| **Cc:** | Summit, Paul E.; brian.king@freshfields.com |
| **Subject:** | RE: Briefing schedule |

Thank you, Courtney. Confirmed.

Elliot

---

**From:** Evanchuk, Courtney [mailto:cevanchuk@sandw.com]
**Sent:** Monday, January 09, 2012 4:40 PM
**To:** FRIEDMAN, Elliot
**Cc:** Summit, Paul E.; KING, Brian (DBK)
**Subject:** Briefing schedule

Elliot,

I am writing to confirm the briefing schedule that we worked out this afternoon over the phone. The schedule is as follows:

| | |
|---|---|
| February 6, 2012 | Grenada moves |
| February 27, 2012 | Ex-Im Bank opposes and cross-moves |
| March 16, 2012 | Grenada replies and opposes |
| March 23, 2012 | Ex-Im Bank replies |

I will draft and circulate a joint stipulation detailing this schedule.

Thank you for confirming that Grenada and Freshfields will be submitting one filing and that there will be no piecemeal argument.

Kind regards,
Courtney

**Courtney Evanchuk**
Attorney at Law
Sullivan & Worcester LLP
One Post Office Square
Boston, MA 02109

T   617 338 2481
F   617 338 2880
cevanchuk@sandw.com
www.sandw.com

BOSTON   NEW YORK   WASHINGTON, DC

1

This message is intended to be confidential and may be legally privileged. It is intended solely for the addressee. If you are not the intended recipient, please delete this message from your system and notify us immediately. Any disclosure, copying, distribution or action taken or omitted to be taken by an unintended recipient in reliance on this message is prohibited and may be unlawful.

Communications from our firm may contain or incorporate federal tax advice. Under US Internal Revenue Service (IRS) standards, we are required to inform you that only formal, written tax opinions meeting IRS requirements may be relied upon by taxpayers for the purpose of avoiding tax-related penalties. Accordingly, this communication is not intended or written to be used, and it cannot be used, for the purpose of avoiding tax-related penalties under the Internal Revenue Code. Please contact a member of our law firm's Tax Department if you require a formal, written tax opinion that satisfies applicable IRS requirements, or if you have any other questions regarding federal tax advice.

This e-mail is confidential and may well also be legally privileged. If you have received it in error, you are on notice of its status. Please notify us immediately by reply e-mail and then delete this message from your system. Please do not copy it or use it for any purposes, or disclose its contents to any other person: to do so could be a breach of confidence. Thank you for your co-operation.

Please contact our IT Helpdesk on +44 (0) 20 7785 2000 or email ITHelp@freshfields.com if you need assistance.

IRS Circular 230 disclosure: You cannot use any statements about US federal tax matters in this message to avoid tax penalties.