# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

1:06-cv-02469-HB

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 31st day of August, two thousand and twelve.

Before:     Raymond J. Lohier, Jr.,
              *Circuit Judge.*

ExportImport Bank of the Republic of China,

    Plaintiff - Appellant,

    v.

Grenada,

    Defendant - Appellee.

**ORDER**

Docket No.: 12-2619

    IT IS HEREBY ORDERED that the motion by appellant The Export-Import Bank of the Republic of China to stay pending appeal vacatur of restraining notices to prevent disbursement of certain funds currently on deposit with the United States District Court for the Southern District of New York will be determined by a motions panel as soon as possible. The request for a temporary stay is DENIED.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: August 31, 2012

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 08/31/2012