USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/28/12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
THE EXPORT-IMPORT BANK OF THE REPUBLIC :
OF CHINA, :
 :
                 Plaintiff, : 06 Civ. 2469 (HB)
 :
    against- :
 : ORDER
 :
GRENADA, :
                 Defendant. :
------------------------------------------------------------------x

**Hon. HAROLD BAER, JR., District Judge:**

    It is hereby ORDERED that the Clerk of the Court is directed to draw a check made payable to "Grenada Airports Authority" for all funds in deposit, including all principal and accumulated interest.

**SO ORDERED.**

Date: 9/28/12

New York, New York

                                       HAROLD BAER, JR.
                                       **United States District Judge**