**MANDATE**

UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

1:06-cv-02469-HB

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 12th day of September, two thousand and fourteen.

Before:     Gerard E. Lynch,
                Raymond J. Lohier, Jr.,
                Susan L. Carney,
                    *Circuit Judges*.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/3/2014

Export-Import Bank of the Republic of China,

Plaintiff - Appellant,

v.

Grenada,

Defendant - Appellee,

**JUDGMENT**
Docket No. 12-2619

The Grenada Airports Authority, The Grenada Solid Waste Management Authority, The National Water and Sewage Authority of Grenada, The Grenada Ports Authority, Aviation Services of Grenada Ltd.,

Interested - Third - Party - Appellees.

     The appeal in the above captioned case from a judgment and order of the United States District Court for the Southern District of New York was argued on the district court's record and the parties' briefs. Upon consideration thereof,

     IT IS HEREBY ORDERED, ADJUDGED and DECREED that the appeal is DISMISSED in part, the judgment and order of the district court is AFFIRMED in part and VACATED in part, and the cause is REMANDED.

                                                       For The Court:

                                                       Catherine O'Hagan Wolfe,
                                                       Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 10/03/2014