Pauley, W.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

THE EXPORT-IMPORT BANK OF
THE REPUBLIC OF CHINA,

          Plaintiff/Judgment Creditor,

-against-

GRENADA,

          Defendant/Judgment Debtor.

---------------------------------------------------------------X

Civil Action No. 06-CV-2469 (WHP)

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/6/15
```

## JOINT STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

WHEREAS, on October 3, 2014, the United States Court of Appeals for the Second Circuit issued a mandate, which affirmed in part and vacated in part the June 22, 2012 judgment and order of the District Court in the action, and remanded the cause to the District Court; and

WHEREAS, on December 15, 2014, plaintiff The Export-Import Bank of the Republic of China ("Ex-Im Bank") and defendant Grenada ("Grenada") entered into a Compromise and Settlement Agreement (the "Agreement"); and

WHEREAS, the Agreement fully resolves the issues in dispute in the action between Ex-Im Bank and Grenada; and

WHEREAS, pursuant to the Agreement, Ex-Im Bank agreed to withdraw the action with prejudice; and

WHEREAS, Grenada has agreed to perform its obligations under the terms and conditions of the Agreement;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the parties by their respective counsel that, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), this action is dismissed with prejudice and without costs to either party.

Dated: New York, New York
~~January    , 2015~~
February 5, 2015

SULLIVAN & WORCESTER LLP

By: /s/ Andrew Solomon
Paul E. Summit
Andrew T. Solomon
1633 Broadway
New York, NY 10019
T. 212.660.3000
F. 212.660.3001
psummit@sandw.com
asolomon@sandw.com

*Attorneys for Plaintiff/Judgment Creditor*

FRANKFURT KURNIT KLEIN & SELZ, PC

By: _____
Brian E. Maas
488 Madison Avenue
New York, NY 10022
T. 212.705.4836
F. 212.593.9175
bmaas@fkks.com

*Attorneys for Defendant/Judgment Debtor*

SO ORDERED, THIS 6 DAY OF February 2015

_____
Judge William H. Pauley III
United States District Judge